**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT COURT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE:

       **EDWARDS, Patricia L.**
       **Debtor**

**Chapter 13**
**Case No.: 11-13097-RGM**

**RESPONSE TO OBJECTION TO CONFIRMATION OF PLAN**

      The Debtor in this matter, by counsel, responds to the Objection to Confirmation of the Chapter 13 Plan as follows:

      **The Violation of the feasibility provisions of §1325(a)(6)** – The plan is well funded because Debtor has filed an amendment with the Internal Revenue Service on May 23, 2011. (See Exhibit A) On June 16, 2011 Debtor has contacted IRS and the actual amount claimed is $1,120.00 and not $6,929.00 as stated in the Trustee's objection. IRS has confirmed with the IRS that the amendment has been accepted. (See Exhibit B)

      Debtor has filed an amendment with the Court to show the $1,120.00 on June 21, 2011. Thus, the Plan is well funded.

      WHEREFORE, the Debtor is entitled to get the confirmation of Chapter 13 plan on June 29, 2011 and prays the Court to deny the Trustee's Objection to the Confirmation of Plan.

Respectfully submitted:

_Patricia L. Edwards_

By Counsel,

_Yousof W. Nesari, Esq._
1110-D Elden Street, #107
Herndon, VA 20170
Tel. (703) 796-0801
Fax (703) 796-0802
www.virginiachapter7.com

## CERTIFICATE OF SERVICE

I, Joe Y. Whetzel Nesari, hereby certify that I have this 21st day of June 2011, mailed a true copy of the foregoing Response to Objection to the following parties.

Thomas P. Gorman
300 North Washington Street, Suite 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy court
200 South Washington Street
Alexandria, VA 22314

Patricia L. Edwards
Chapter 13 Debtor
4005 Maureen Lane
Fairfax, VA 22033

By Counsel,

Joe Y. Whetzel Nesari, Esq.
JW Law, P. C.
1110-D Elden Street, Suite 107
Herndon, VA 20170
Tel. 703-796-0801
Fax 703-796-0802

**IRS** Department of the Treasury
Internal Revenue Service

AUR CORRESPONDENCE 5-E08-113
PHILADELPHIA  PA  19255-0521

In reply refer to: 0588052630
May  23, 2011  LTR 4314C  AO
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  200912 30
Input Op:  0588052630 00019361
BODC: NOBOD

PATRICIA L EDWARDS
4005 MAUREEN LN
FAIRFAX  VA  22033-3117

49900

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2009

Form: 1040

Dear Patricia L Edwards:

Thank you for your correspondence received Apr. 20, 2011.

We will contact you again within 60 days to let you know what action
we are taking. You don't need to send us anything further or take
any other action now on this matter.

If you owe any additional tax, you should consider paying it now,
because the law requires us to charge interest on unpaid tax from the
due date of the return to the date you pay the tax in full.

If you have any questions, please call Office Of L Fulmer at
800-829-8310 between the hours of 7:00 AM and
8:00 PM CDT. If the number is outside your local calling
area, there may be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the
top of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below. You may want to keep a copy of this letter for your records.

Your telephone number (___)_____ Hours _____

Department of Treasury
**Internal Revenue Service**
AUR CORRESPONDENCE 5-E08-113
PHILADELPHIA, PA 19255-0521

Notice: CP2000
Notice Date: June 13, 2011

Social Security Number:
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

Form: 1040
Tax Year: 2009

035791.880607.0299.007 3 AT 0.615 2348

To call for assistance:
1-800-829-8310 TOLL FREE

between 7:00 AM - 8:00 PM

PATRICIA L EDWARDS
4005 MAUREEN LN
FAIRFAX  VA 22033-3117053

To FAX information:
877-477-9602 LOCAL FAX

Contact:
Office of L Fulmer

35791

| **You Must Return the Response Form by** | July 13, 2011 |
| --- | --- |

## 1 | Why are you getting this notice?

We received your response to our previous notice dated  03/21/2011.
We used the information you provided to refigure our original proposal.

As a result, the proposed changes to your tax are listed below.

| **Summary of Proposed Changes** | | |
| --- | --- | --- |
| 2009 Tax Increase | $ | 1,070 |
| Payment Increase | $ | 0 |
| Penalties - may not include all applicable penalties | $ | 0 |
| Interest - if paid by   July 13, 2011 | $ | 50 |
| Proposed Balance Due | $ | 1,120 |

## 2 | What steps should you take?

Following these steps can help you understand this notice.

1. Review the *Explanation Section* -- page 7.
2. Check the answers to *Frequently Asked Questions* -- page 2.
3. Complete and return the *Response Form* in the enclosed envelope -- page 3.
4. Complete and return the *Installment Agreement Repuest* (enclosed) if you need to set up a payment plan.
5. Review your rights in *The Examination Process* Booklet (enclosed).

## 3 | What happens if you don't respond by  July 13, 2011?

We will send you a final notice, followed by a bill.  During this time, interest will increase and certain penalties may apply.

{SP3S}

CP2000 (Rev. 11/2004)