## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### CHAPTER 13 PLAN
### AND RELATED MOTIONS

Name of Debtor(s):   **Patricia Lynn Edwards**          Case No:  **11-13097**

This plan, dated ___**June 21, 2011**___, is:

☐ the *first* Chapter 13 plan filed in this case.

☒ a modified Plan, which replaces the
☐confirmed or ☒unconfirmed Plan dated **4/28/2011**.

Date and Time of <u>Modified Plan</u> Confirming Hearing:
**7/27/2011 @ 9:30 AM**
Place of <u>Modified Plan</u> Confirmation Hearing:
**Judge Mayer's Courtroom, 3rd Floor, 200 South Washington Street, Courtroom III, Alexandria, VA 22314**

The Plan provisions modified by this filing are:

Creditors affected by this modification are:
**Internal Revenue Service**

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$534,569.00**
Total Non-Priority Unsecured Debt: **$29,931.59**
Total Priority Debt: **$1,120.00**
Total Secured Debt: **$537,581.90**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

1.       **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of **$424.12 Monthly for 60 months**. Other payments to the Trustee are as follows:  **NONE**  . The total amount to be paid into the plan is $  **25,447.20**  .

2.       **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

      **A.**    **Administrative Claims under 11 U.S.C. § 1326.**

           1.     The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).

           2.     Debtor(s)' attorney will be paid $  **1,500.00**  balance due of the total fee of $  **3,000.00**  concurrently with or prior to the payments to remaining creditors.

      **B.**    **Claims under 11 U.S.C. §507.**
      The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| IRS | Taxes and certain other debts | 1,120.00 | Prorata<br>3 months |

3.       **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

      **A.**    **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.** The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| | | | | |

      **B.**    **Real or Personal Property to be Surrendered.**

Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| Orange Lake Country Club, Inc. | Time Share Property Located at 8508 W. Irlo Bronson Memorial Hwy. Unit #3832, Kissimmee, FL 34747 (Secured by Mortgage and Maintenance - Surrendering) | 0.00 | 5,697.25 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

**C.      Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| **AmeriCredit** | **2011 Ford Edge in Debtor's Possession (Value Obtained from nadaguide.com)** | **639.05** | **Debtor** |
| **Bank of America** | **Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value)** | **2,172.10** | **Debtor** |
| **Bank of America** | **Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value)** | **235.00** | **Debtor** |
| **First Horizon** | **Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value)** | **428.00** | **Debtor** |
| **Mariner Finance** | **1997 Ford Explorer (Son's Vehicle) Mileage 208,365 (Value Obtained from nadaguides.com)** | **76.00** | **Debtor** |
| **Orange Lake Country Club, Inc.** | **Time Share Property Located at 8508 W. Irlo Bronson Memorial Hwy. Unit #3832 One Week, Kissimmee, FL 34747 (Mortgage Paid-off, Paying Maintenance Fee Only)** | **50.00** | **Debtor** |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

**D.      Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| | | | | |

**E.      Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

**4.      Unsecured Claims.**

**A.      Not separately classified.**  Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims.  Estimated distribution is approximately     **0**     %.  The dividend percentage may vary depending on actual claims filed.  If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately     **0**     %.

Page  3of 30

B.    **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

5.    **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

A.    **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| AmeriCredit | 2011 Ford Edge in Debtor's Possession (Value Obtained from nadaguide.com) | 639.05 | 0.00 | 0% | 0 months | |
| Bank of America | Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value) | 2,172.10 | 0.00 | 0% | 0 months | |
| Bank of America | Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value) | 235.00 | 6,281.60 | 0% | 55 months | Prorata |
| First Horizon | Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value) | 428.00 | 14,000.00 | 0% | 55 months | Prorata |
| Mariner Finance | 1997 Ford Explorer (Son's Vehicle) Mileage 208,365 (Value Obtained from nadaguides.com) | 76.00 | 0.00 | 0% | 0 months | |

B.    **Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

C.    **Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt& Est. Term** |
|---|---|---|---|---|
| -NONE- | | | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**6.**    **Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

    **A.**    **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| -NONE- | |

    **B.**    **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| -NONE- | | | | |

**7.**    **Liens Which Debtor(s) Seek to Avoid.**

    **A.**    **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|---|---|---|---|
| -NONE- | | | |

    **B.**    **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief. The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

**8.**    **Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

**9.**    **Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**10.**    **Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**11.**    **Other provisions of this plan:**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                        Best Case Bankruptcy

**Signatures:**

**Dated:**    June 21, 2011

/s/ Patricia Lynn Edwards                                      /s/ Yousof Whetzel Nesari
**Patricia Lynn Edwards**                                      **Yousof Whetzel Nesari**
**Debtor**                                                     **Debtor's Attorney**

**Exhibits:**        **Copy of Debtor(s)' Budget (Schedules I and J);**
                     **Matrix of Parties Served with Plan**

Certificate of Service

I certify that on    June 21, 2011   , I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

/s/ Yousof Whetzel Nesari
**Yousof Whetzel Nesari**
Signature

**1110-D Elden Street, Suite 107**
**Herndon, VA 20170**
Address

**703-796-0801**
Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

| | | |
|---|---|---|
| In re **Patricia Lynn Edwards** | Case No. | **11-13097** |
| Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:    **AmeriCredit**
**P. O Box 78143**
**Phoenix, AZ 85062**
*Name of creditor*

**2011 Ford Edge in Debtor's Possession (Value Obtained from nadaguide.com)**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐     To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

**Patricia Lynn Edwards**
*Name(s) of debtor(s)*

By:     **/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari**
*Name of attorney for debtor(s)*
**1110-D Elden Street, Suite 107**
**Herndon, VA 20170**
*Address of attorney [or pro se debtor]*

Tel. #    **703-796-0801**
Fax #    **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ____**June 21, 2011**____ .

**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Patricia Lynn Edwards**        Case No.   **11-13097**
                    Debtor(s)     Chapter    **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Bank of America
BAC Home Loans Servicing, LP
PO BOX 15222
Wilmington, DE 19886-5222**
*Name of creditor*

**Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value)**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐     To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

           **Patricia Lynn Edwards**
           *Name(s) of debtor(s)*

By:    **/s/ Yousof Whetzel Nesari**
           **Yousof Whetzel Nesari**
           *Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

           **Yousof Whetzel Nesari**
           *Name of attorney for debtor(s)*
           **1110-D Elden Street, Suite 107
Herndon, VA 20170**
           *Address of attorney [or pro se debtor]*

Tel. #   **703-796-0801**
Fax #   **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

    ☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

    ☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **June 21, 2011**  .

 

                                      **/s/ Yousof Whetzel Nesari**
                                      **Yousof Whetzel Nesari**
                                      *Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Patricia Lynn Edwards**                                    Case No.   **11-13097**
                                          Debtor(s)                  Chapter   **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:   **Bank of America
BAC Home Loans Servicing, LP
PO BOX 15227
Wilmington, DE 19886**
*Name of creditor*

**Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value)**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐      To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

**Patricia Lynn Edwards**
*Name(s) of debtor(s)*

By:   **/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari**
*Name of attorney for debtor(s)*
**1110-D Elden Street, Suite 107
Herndon, VA 20170**
*Address of attorney [or pro se debtor]*

Tel. #   **703-796-0801**
Fax #   **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

    ☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

    ☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **June 21, 2011**  .

 

                                           **/s/ Yousof Whetzel Nesari**
                                           **Yousof Whetzel Nesari**
                                         *Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Patricia Lynn Edwards**                                         Case No.   **11-13097**

                                              Debtor(s)              Chapter   **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:   **Clerk Circuit Court Orange Ct**
      **425 North Orange Avenue #310**
      **Orlando, FL 32801**
      *Name of creditor*

*Description of collateral*

1.   The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐   To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.   ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

                              **Patricia Lynn Edwards**
                              *Name(s) of debtor(s)*

                    By:   **/s/ Yousof Whetzel Nesari**

                          **Yousof Whetzel Nesari**
                          *Signature*

                          ☒ Debtor(s)' Attorney
                          ☐ Pro se debtor

                          **Yousof Whetzel Nesari**
                          *Name of attorney for debtor(s)*
                          **1110-D Elden Street, Suite 107**
                          **Herndon, VA 20170**
                          *Address of attorney [or pro se debtor]*

                          Tel. #   **703-796-0801**
                          Fax #   **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this     **June 21, 2011**     .

**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

## United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Patricia Lynn Edwards** | Case No. | **11-13097** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:    **Danay Diaz Pavon, Esq.**
**2505 Metrocentre Blvd. #301**
**West Palm Beach, FL 33407**

*Name of creditor*

_____

*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ☐    To value your collateral. **See Section 3 of the plan.** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. **See Section 7 of the plan.** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

                               **Patricia Lynn Edwards**
                                *Name(s) of debtor(s)*

By:    **/s/ Yousof Whetzel Nesari**

          **Yousof Whetzel Nesari**
          *Signature*

          ☒ Debtor(s)' Attorney
          ☐ Pro se debtor

          **Yousof Whetzel Nesari**
          *Name of attorney for debtor(s)*
          **1110-D Elden Street, Suite 107**
          **Herndon, VA 20170**
          *Address of attorney [or pro se debtor]*

          Tel. #   **703-796-0801**
          Fax #   **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **June 21, 2011**    .

**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

## United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Patricia Lynn Edwards** | Case No. | **11-13097** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **First Horizon**
**Home Equity Line of Credit**
**PO BOX 2351**
**Memphis, TN 38101**
*Name of creditor*

**Debtor's Residence Located at 4005 Maureen Lane, Fairfax, VA 22033 (County Assessment Value)**
*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐    To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

**Patricia Lynn Edwards**
*Name(s) of debtor(s)*

By:    **/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari**
*Name of attorney for debtor(s)*
**1110-D Elden Street, Suite 107**
**Herndon, VA 20170**
*Address of attorney [or pro se debtor]*

| | |
|---|---|
| Tel. # | **703-796-0801** |
| Fax # | **703-796-0802** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**June 21, 2011**___ .


**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Patricia Lynn Edwards** _____

Case No.   **11-13097**

_____
Debtor(s)

Chapter   **13**

# SPECIAL NOTICE TO SECURED CREDITOR

To:
**First Tennessee Bank
Home Equity Line of Credit
PO BOX 1532
Memphis, TN 38101-1532** _____
*Name of creditor*

_____

*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐     To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

**Patricia Lynn Edwards** _____
*Name(s) of debtor(s)*

By:   **/s/ Yousof Whetzel Nesari** _____
**Yousof Whetzel Nesari**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari** _____
*Name of attorney for debtor(s)*
**1110-D Elden Street, Suite 107
Herndon, VA 20170** _____
*Address of attorney [or pro se debtor]*

Tel. #   **703-796-0801** _____
Fax #   **703-796-0802** _____

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this  __**June 21, 2011**__ .

**/s/ Yousof Whetzel Nesari**

**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Patricia Lynn Edwards**

Case No.   **11-13097**

Debtor(s)

Chapter   **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:

**IRS
PO BOX 7346
Philadelphia, PA 19101-7346**

*Name of creditor*

**2009 Federal Taxes**

*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐    To value your collateral. **See Section 3 of the plan.** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. **See Section 7 of the plan.** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    **You should read the attached plan carefully for the details of how your claim is treated.** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:    **06/23/2011**

Date and time of confirmation hearing:    **07/27/2011 @ 09:30 AM**

Place of confirmation hearing:    **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA**

**Patricia Lynn Edwards**

*Name(s) of debtor(s)*

By:    **/s/ Yousof Whetzel Nesari**

**Yousof Whetzel Nesari**

*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari**

*Name of attorney for debtor(s)*

**1110-D Elden Street, Suite 107
Herndon, VA 20170**

*Address of attorney [or pro se debtor]*

Tel. #    **703-796-0801**

Fax #    **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **June 21, 2011**    .


**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| In re | **Patricia Lynn Edwards** | | Case No. | **11-13097** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **Mariner Finance
1970 Daniel Stuart Sq.
Woodbridge, VA 22191**

*Name of creditor*

**1997 Ford Explorer (Son's Vehicle) Mileage 208,365 (Value Obtained from nadaguides.com)**

*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐    To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

**Patricia Lynn Edwards**
*Name(s) of debtor(s)*

By:    **/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari**
*Name of attorney for debtor(s)*
**1110-D Elden Street, Suite 107
Herndon, VA 20170**
*Address of attorney [or pro se debtor]*

Tel. #    **703-796-0801**
Fax #    **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**June 21, 2011**___.


**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | |
|---|---|---|
| In re **Patricia Lynn Edwards** | Case No. | **11-13097** |
| Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Orange Lake Country Club, Inc.
PO BOX 850001
Orlando, FL 32885-0030**
*Name of creditor*

**Time Share Property Located at 8508 W. Irlo Bronson Memorial Hwy. Unit #3832, Kissimmee, FL 34747 (Secured by Mortgage and Maintenance - Surrendering)**
*Description of collateral*

1.   The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐   To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.   *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

**Patricia Lynn Edwards**
*Name(s) of debtor(s)*

By:   **/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari**
*Name of attorney for debtor(s)*
**1110-D Elden Street, Suite 107
Herndon, VA 20170**
*Address of attorney [or pro se debtor]*

Tel. #   **703-796-0801**
Fax #   **703-796-0802**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    __**June 21, 2011**__   .


**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Patricia Lynn Edwards**                               Case No.    **11-13097**

_____                              Chapter    **13**
                    Debtor(s)

## SPECIAL NOTICE TO SECURED CREDITOR

To:    **Orange Lake Country Club, Inc.**
       **PO BOX 850001**
       **Orlando, FL 32885-0030**
       _Name of creditor_

**Time Share Property Located at 8508 W. Irlo Bronson Memorial Hwy. Unit #3832 One Week, Kissimmee, FL 34747**
**(Mortgage Paid-off, Paying Maintenance Fee Only)**
_Description of collateral_

1.    The attached chapter 13 plan filed by the debtor(s) proposes (_check one_):

☐    To value your collateral.  _See Section 3 of the plan._  Your lien will be limited to the value of the collateral, and any
      amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  _See_
      _Section 7 of the plan._  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    _You should read the attached plan carefully for the details of how your claim is treated._  The plan may be confirmed, and
the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing.
A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street,** **3rd Floor, Courtroom III, Alexandria, VA** |

                    **Patricia Lynn Edwards**
                    _Name(s) of debtor(s)_

By:    **/s/ Yousof Whetzel Nesari**
       **Yousof Whetzel Nesari**
       _Signature_

       ☒ Debtor(s)' Attorney
       ☐ Pro se debtor

       **Yousof Whetzel Nesari**
       _Name of attorney for debtor(s)_
       **1110-D Elden Street, Suite 107**
       **Herndon, VA 20170**
       _Address of attorney [or pro se debtor]_

       Tel. #    **703-796-0801**
       Fax #    **703-796-0802**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**June 21, 2011**___.


**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

## United States Bankruptcy Court
### Eastern District of Virginia

| | | |
|---|---|---|
| In re | **Patricia Lynn Edwards** | Case No.  **11-13097** |
| | Debtor(s) | Chapter  **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Samuel I. White, PC**
**5040 Corporate woods Dr.**
**#120**
**Virginia Beach, VA 23462**
*Name of creditor*

*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐      To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **06/23/2011** |
| Date and time of confirmation hearing: | **07/27/2011 @ 09:30 AM** |
| Place of confirmation hearing: | **Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** |

**Patricia Lynn Edwards**
*Name(s) of debtor(s)*

By:      **/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Yousof Whetzel Nesari**
*Name of attorney for debtor(s)*
**1110-D Elden Street, Suite 107**
**Herndon, VA 20170**
*Address of attorney [or pro se debtor]*

| | |
|---|---|
| Tel. # | **703-796-0801** |
| Fax # | **703-796-0802** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**June 21, 2011**___.

**/s/ Yousof Whetzel Nesari**
**Yousof Whetzel Nesari**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

B6I (Official Form 6I) (12/07)

| In re | Patricia Lynn Edwards | Case No. | 11-13097 |
|---|---|---|---|
| | Debtor(s) | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son<br>Nephew<br>Mother<br>Father** | AGE(S):<br>**17<br>18<br>79<br>83** | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Office Manager** | |
| Name of Employer | **SAIC from Science to Solutions** | |
| How long employed | **2 Years and 8 Months** | |
| Address of Employer | **10260 Campus Point Drive<br>San Diego, CA 92121** | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME:  (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **5,481.67** | $ **N/A** |
| 2. Estimate monthly overtime | $ | **391.93** | $ **N/A** |
| 3. SUBTOTAL | $ | **5,873.60** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a.  Payroll taxes and social security | $ | **1,457.45** | $ **N/A** |
|     b.  Insurance | $ | **0.00** | $ **N/A** |
|     c.  Union dues | $ | **0.00** | $ **N/A** |
|     d.  Other (Specify)    **See Detailed Income Attachment** | $ | **360.12** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,817.57** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,056.03** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **N/A** |
| 8. Income from real property | $ | **0.00** | $ **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ **N/A** |
| 13. Other monthly income<br>(Specify):    **Stanley Willis Contribution to Household** | $ | **1,600.00** | $ **N/A** |
|     **Patrice Edwards Contribution to Household** | $ | **150.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,750.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,806.03** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **5,806.03** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re __Patricia Lynn Edwards__        Case No. __11-13097__

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **G.L.T.** | $ 2.71 | $ N/A |
| **Healthcare FSA** | $ 115.92 | $ N/A |
| **SAIC Dental PPO** | $ 43.64 | $ N/A |
| **SAIC Med AETNA** | $ 97.33 | $ N/A |
| **Suppl Ad&D** | $ 6.76 | $ N/A |
| **Suppl Term Life** | $ 31.14 | $ N/A |
| **Supplement LTD** | $ 7.02 | $ N/A |
| **VSDI** | $ 42.21 | $ N/A |
| **VSP TRIC Supp** | $ 13.39 | $ N/A |
| **Total Other Payroll Deductions** | $ 360.12 | $ N/A |

B6J (Official Form 6J) (12/07)

In re __Patricia Lynn Edwards_____    Case No. __11-13097_____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,172.10 |
|    a. Are real estate taxes included?    Yes __X__    No ___ | | |
|    b. Is property insurance included?    Yes __X__    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|            b. Water and sewer | $ | 100.00 |
|            c. Telephone | $ | 85.00 |
|            d. Other  **See Detailed Expense Attachment** | $ | 275.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 35.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 95.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 297.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 638.94 |
|            b. Other  **See Detailed Expense Attachment** | $ | 713.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Personal Care Items** | $ | 50.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,381.04 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 5,806.03 |
| b.  Average monthly expenses from Line 18 above | $ | 5,381.04 |
| c.  Monthly net income (a. minus b.) | $ | 424.99 |

**B6J (Official Form 6J) (12/07)**

| In re | **Patricia Lynn Edwards** | Case No. | **11-13097** |
|---|---|---|---|
| | Debtor(s) | | |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cell Phone with AT&T | $ | 159.00 |
| Cable with Verizon | $ | 84.00 |
| Trash Pick | $ | 32.00 |
| **Total Other Utility Expenditures** | $ | 275.00 |

**Other Installment Payments:**

| | | |
|---|---|---|
| Second Mortgage with Bank of America | $ | 235.00 |
| 3rd Mortgage with First Horizon/First Tennessee | $ | 428.00 |
| Time Share Property Maintenance and Arrearage | $ | 50.00 |
| **Total Other Installment Payments** | $ | 713.00 |

United States Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226


Aes/Nct
1200 N 7th St
Harrisburg, PA 17102


AmeriCredit
P. O Box 78143
Phoenix, AZ 85062


Appelles, LLC
195 West Schrock Rd
Westerville, OH 43081


Asiedu Frederick
2516 Logan Wood Drive
Herndon, VA 20171


Bank of America
BAC Home Loans Servicing, LP
PO BOX 15222
Wilmington, DE 19886-5222


Bank of America
BAC Home Loans Servicing, LP
PO BOX 15227
Wilmington, DE 19886


Best Practices, Inc.
PO BOX 75567
Baltimore, MD 21275-5567


Cashcall
1920 Main Street Suite 400
Irvine, CA 92614


Clerk Circuit Court Orange Ct
425 North Orange Avenue #310
Orlando, FL 32801


Danay Diaz Pavon, Esq.
2505 Metrocentre Blvd. #301
West Palm Beach, FL 33407

Fairfax Radiological Consultan
PO BOX 3700
Merrifield, VA 22116


First Horizon
Home Equity Line of Credit
PO BOX 2351
Memphis, TN 38101


First Tennessee Bank
Home Equity Line of Credit
PO BOX 1532
Memphis, TN 38101-1532


Inova Health System
PO BOX 37019
Baltimore, MD 21297-3019


International Cash Advance
C/o: Call Center Service
PO BOX 7294
Wilmington, DE 19810


IRS
PO BOX 7346
Philadelphia, PA 19101-7346


Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Mariner Finance
1970 Daniel Stuart Sq.
Woodbridge, VA 22191


Orange Lake Country Club, Inc.
PO BOX 850001
Orlando, FL 32885-0030


Patrice Edwards
4005 Maureen Lane
Fairfax, VA 22033

Samuel I. White, PC
5040 Corporate woods Dr.
#120
Virginia Beach, VA 23462


Verizon
PO BOX 660720
Dallas, TX 75266-0720