**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| PATRICIA LYNN EDWARDS | Case No. 11-13097-RGM |
| Debtor | |

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN,
NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed June 21, 2011.  The cause for this objection is as follows:

> **Violation of the feasibility provisions of 11 U.S.C. §1325(a)(6)** – Plan is funded in the amount of $25,447.20 and requires funding in the amount of $31,581.66 due to the high filed IRS claim.

> **Violation of the 11 U.S.C. §1325(b)(1)(B)** – Failure to submit disposable income.  Debtor is surrendering timeshare under the Plan but has included $50.00 per month for maintenance in their budget.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

**Notice of Objection To Confirmation**
, Case # «print_casenum»

*Attend the hearing to be held on July 27, 2011 at 9:30 a.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste, 400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

     If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _June 23, 2011_____                  __/s/Thomas P. Gorman _____
                                                            Thomas P. Gorman
                                                            Chapter 13 Trustee
                                                            300 N. Washington Street, #400
                                                            Alexandria, VA 22314
                                                            (703) 836-2226
                                                            VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of June, 2011, mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Patricia Lynn Edwards | Joe Y. Whetzel Nesari |
| Chapter 13 Debtor | JW Law, P.C. |
| 4005 Maureen Ln. | 1110-D Eden Street, Suite 107 |
| Fairfax, VA 22033 | Herndon, VA 20170 |

                                                            __/s/ Thomas P. Gorman_____
                                                             Thomas P. Gorman