**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>PATRICIA LYNN EDWARDS<br><br>Debtor | Chapter 13<br><br>Case No. 11-13097-RGM |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Patricia Lynn Edwards, Case #11-13097-RGM

*Attend the hearing to be held on September 28, 2011 at 9:30 a.m., in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _August 15, 2011_____          __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman
                                      Chapter 13 Trustee
                                      300 N. Washington Street, #400
                                      Alexandria, VA 22314
                                      (703) 836-2226
                                      VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of August, 2011, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Patricia Lynn Edwards | Joe Y. Whetzel Nesari |
| Chapter 13 Debtor | Attorney for Debtor |
| 4005 Maureen Ln. | Jw Law, P.C. |
| Fairfax, VA 22033 | 1110-D Eden Street, Suite 107 |
| | Herndon, VA 20170 |

                                      __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/08/2011

CASE NO: 11-10838-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-9786
DAVIS JR., BERNARD WOODROW
AKA:
2072 FARRAGUT DRIVE
STAFFORD, VA 22554

DATE FILED: 02/04/2011
CONFIRMED: 06/01/2011
LATEST 341: 05/03/2011
PERCENTAGE: 5.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 03/2011
ON SCHEDULE: 3,661.00
ACTUAL PAYMENTS: 200.00
AMOUNT BEHIND: 3,461.00

ATTORNEY: WALTER L. RAGLAND, ESQ.
PO BOX 675
THORNBURG, VA 22565
Phone:540 370-4800 Fax: 540 370-4903

Needed to Complete Base:
BASE: 65,151.00
       64,951.00

SCHEDULE: 1,118.00 MONTHLY
TOTAL PAID: 200.00

LAST 12 TRANSACTIONS
| Date | Source | Amount |
|---|---|---|
| 04/11/11 | MO | 200.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 272214 | AQUIA HARBOR HOMEOWNERS ASSOC | PRO | UNS 5.00 | | 0.00 0.00 | 731.85 724.71 | 731.85 36.59 | 0.00 0.00 | 36.59 0.00 |
| 002 | 319751 | CITIFINANCIAL MORTGAGE | FIX 06/2011 | SEC 100.00 | | 969.07 3,695.59 | 54,268.19 49,583.00 | 54,268.19 54,268.19 | 180.69 0.00 | 54,087.50 0.00 |
| 003 | 256637 | CENTER FOR ORTHOPEDICS | PRO | UNS 5.00 | | 0.00 0.00 | 67.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 004 | 323393 | CLINICAL PATHOLOGY ASSOCIATES | PRO | UNS 5.00 | | 0.00 0.00 | 66.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 005 | 309196 | COMCAST | PRO | UNS 5.00 | | 0.00 0.00 | 868.78 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 006 | LVNV | LVNV FUNDING LLC. CREDIT ONE BANK | PRO | UNS 5.00 | | 0.00 0.00 | 665.76 665.76 | 665.76 33.29 | 0.00 0.00 | 33.29 0.00 |
| 007 | 285505 | DOMINION VIRGINIA POWER | PRO | UNS 5.00 | | 0.00 0.00 | 2,190.95 1,143.00 | 2,190.95 109.55 | 0.00 0.00 | 109.55 0.00 |
| 008 | 285505 | DOMINION VIRGINIA POWER FILED UNDER CLAIM #7 | PRO | UNS 5.00 | | 0.00 0.00 | 1,912.58 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 323605 | FIRST NATIONAL BANK | PRO | UNS 5.00 | | 0.00 0.00 | 669.16 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 292697 | PREMIER BANKCARD | PRO | UNS 5.00 | | 0.00 0.00 | 430.15 430.15 | 430.15 21.51 | 0.00 0.00 | 21.51 0.00 |
| 011 | 310956 | FREDERICKSBURG EMERGENCY MEDIC | PRO | UNS 5.00 | | 0.00 0.00 | 701.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 012 | 310956 | FREDERICKSBURG EMERGENCY MEDIC | PRO | UNS 5.00 | | 0.00 0.00 | 270.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 013 | 322073 | HSBC BANK NEVADA, N.A. | PRO | UNS 5.00 | | 0.00 0.00 | 1,301.07 1,280.42 | 1,301.07 65.05 | 0.00 0.00 | 65.05 0.00 |
| 014 | 263205 | LAB CORP | PRO | UNS 5.00 | | 0.00 0.00 | 66.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | 263205 | LAB CORP | PRO | UNS 5.00 | | 0.00 0.00 | 167.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 016 | 256952 | MARY WASHINGTON HOSP | PRO | UNS 5.00 | | 0.00 0.00 | 10,265.40 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 017 | 248008 | RADIOLOGIC ASSOC | PRO | UNS 5.00 | | 0.00 0.00 | 560.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 018 | 328690 | R17 HERITAGE WAREHOUSE LLC | PRO | UNS 5.00 | | 0.00 0.00 | 15,094.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | 314091 | SPRINT | PRO | UNS 5.00 | | 0.00 0.00 | 1,502.41 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 020 | 326823 | STAFFORD HOSPITAL CENTER | PRO | UNS 5.00 | | 0.00 0.00 | 1,704.60 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 021 | 328690 | R17 HERITAGE WAREHOUSE LLC DEBTOR REJECTS LEASE | PRO-I | UNS 5.00 | | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 022 | 318258 | BRANCH BANKING & TRUST COMPANY UNLISTED | PRO-A | UNS 5.00 | | 0.00 0.00 | 239.09 0.00 | 239.09 11.95 | 0.00 0.00 | 11.95 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.
ToolBar 9.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/08/2011

CASE NO: 11-10838-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-9786
DAVIS JR., BERNARD WOODROW

SCHEDULE: 1,118.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | RAGLAN | WALTER L. RAGLAND, ESQ. | PRO | ATY 100.00 | | 0.00 0.00 | 3,500.00 3,500.00 | 3,500.00 3,500.00 | 0.00 0.00 | 1,800.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 9.31 | 9.31 | |
| | | | | TOTALS: | | 969.07 3,695.59 | 63,327.06 91,240.97 | 63,336.37 58,055.44 | 190.00 0.00 | 56,165.44 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,500.00 | 0.00 | 49,583.00 | 38,157.97 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,500.00 | 0.00 | 54,268.19 | 277.94 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 180.69 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 1,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 1,800.00 | 0.00 | 54,087.50 | 277.94 | 0.00 | DUE CREDITORS: | 56,165.44 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,893.91 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 1,800.00 | 0.00 | 54,087.50 | 277.94 | 0.00 | APPROX BALANCE: | 59,049.35 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                    ToolBar 9.5