# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division

**In re:**                                         **Case Number**  11−13097−RGM
                                                         **Chapter**  13

Patricia Lynn Edwards

              Debtor(s)

## NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*                      Patricia Lynn Edwards, 4005 Maureen Ln.
                                                     Fairfax, VA 22033

       *Attorney for Debtor(s)*     Joe Y. Whetzel Nesari, JW Law, P.C.
                                                       1110−D Elden Street, Suite 107
                                                      Herndon, VA 20170

       *Trustee*                        Thomas P. Gorman, 300 N. Washington St. Ste. 400
                                                       Alexandria, VA 22314

       *United States Trustee*      115 S. Union Street, Suite 210, Alexandria, VA, 22314

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* September 28, 2011
*Time:* 09:30 AM
*Location:* Judge Mayer's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314


for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*30* − Order Denying Confirmation of Plan (Re: related document(s)[20] Denying Amended/Modified Chapter 13 Plan and Related Motions filed by Patricia Lynn Edwards) Document Pursuant to LBR 3015−2 Due 9/6/2011. (Palmer, Don)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ <u>−0−</u> is due and owing to the Clerk of Court.

Dated:   September 9, 2011                     William C. Redden, Clerk
                                                       United States Bankruptcy Court

                                                       By: <u>/s/Don A. Palmer</u>, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Patricia Lynn Edwards  
      Debtor

Case No. 11-13097-RGM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: palmerd     Page 1 of 1     Date Rcvd: Sep 09, 2011  
                     Form ID: showcaus    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2011.  
db         +Patricia Lynn Edwards,   4005 Maureen Ln.,   Fairfax, VA 22033-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2011**                        **Signature:** _/s/ Joseph Speetjens_